UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KAVEH ABDI,

                     **Plaintiff,**

        -against-

PFIZER CORP., et al.,

                    **Defendants.**

----------------------------------------------------------------X

**26-CV-00913 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 23, 2026, the Court held an initial pretrial conference to discuss next steps in this litigation. As discussed at the conference, the case will proceed to summary judgment briefing on Plaintiff's claim for benefits under § 502(a)(1)(B) of ERISA. Defendants shall provide Plaintiff with the administrative record concerning the denial of his benefits by July 10, 2026. Defendants shall file their motion for summary judgment by September 11, 2026. Plaintiff shall file his opposition by October 13, 2026. Defendants shall file their reply, if any, by October 30, 2026. The parties shall also file a joint status letter regarding settlement discussions by August 12, 2026.

Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center for free assistance with litigating this case. The City Bar Justice Center can be reached by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 24, 2026
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2026