**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KAVEH ABDI,

                                    **Plaintiff,**

                    -against-

PFIZER CORP., et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

**26-CV-00913 (PAE)(SN)**

**ORDER REQUESTING**
**LIMITED APPEARANCE OF**
***PRO BONO* COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2026

**SARAH NETBURN, United States Magistrate Judge:**

On June 24, 2026, the parties appeared for an initial pretrial conference. Plaintiff requested that the Court appoint *pro bono* counsel to assist in settlement discussions surrounding his claims for past due benefits under ERISA. Plaintiff's oral request is GRANTED. The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of settlement discussions. The Court respectfully requests that appointed counsel have experience with ERISA benefit claims.

Plaintiff is reminded that he does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a p*ro bono* lawyer agrees to represent Plaintiff, he must proceed on his own behalf.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       June 24, 2026
             New York, New York